

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:                          01-13-00956-CR

Trial Court Cause
Number:                                1886153

Style:                                 Kerry Bernard Laurent

                                       **v** The State of Texas

Date motion filed*:                    September 9, 2014

Type of motion:                        Motion for Extension of Time to File Reply Brief

Party filing motion:                   Appellant

Document to be filed:                  Reply Brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:                    September 10, 2014

    Number of previous extensions granted:    0

    Date Requested:                       October 10, 2014

Ordered that motion is:

    ☒    Granted

        If document is to be filed, document due: <u>October 10, 2014</u>

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature: /s/ <u>Laura Carter Higley</u>
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: <u>September 16, 2014</u>